UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY WASHINGTON and CARL WASHINGTON, husband and wife,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MERCHANT E-SOLUTIONS, INC.,<br><br>    Defendants. | NO. CV-10-262-EFS<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

This matter comes before the Court on Plaintiffs Judy and Carl Washington's Stipulation and Order of Dismissal, ECF No. 75. Mr. and Mrs. Washington ask the Court to dismiss this matter with prejudice and without an award of costs or attorney's fees to either party.

Based on Plaintiffs' stipulation, **IT IS HEREBY ORDERED:**

1. This matter is **DISMISSED with prejudice** and without an award of costs or attorney's fees to either party.

2. All pending trial and hearing dates are **STRICKEN**.

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   23rd    day of March 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2010\262.stip.dismiss.lc2.wpd

ORDER ~ 1